# United States District Court

## Southern District of Georgia

State of Kansas, et al.,

_____
Plaintiff

v.

Department of Labor, et al.,

_____
Defendant

Case No. 2:24-cv-00076-LGW-BWC

Appearing on behalf of Miles Berry Farm; Ga. Fruit & Vegetable Growers Assoc.

(**Plaintiff**/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Braden Boucek

Business Address: Southeastern Legal Foundation
Firm/Business Name

560 W. Crossville Rd.
Street Address

Suite 104 | Roswell | GA | 30075
Street Address (con't) | City | State | Zip

_____
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

770-977-2131 | 396831
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: bboucek@southeasternlegal.org

# United States District Court

## Southern District of Georgia

State of Kansas, et al.,

Plaintiff

v. Department of Labor, et al.,

Defendant

Case No. 2:24-cv-00076-LGW-BWC

Appearing on behalf of: Miles Berry Farm

Ga. Fruit & Vegetable Growers Assoc.

(**Plaintiff**/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

***Petitioner***, _____Braden Boucek_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Brunswick_____ Division of the United States District Court for the Southern District of Georgia. ***Petitioner*** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Western District of Tennessee_____. ***Petitioner*** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

***Petitioner*** designates _____G. Todd Carter_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

***Petitioner*** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __11th__ day of _____June_____, __2024__.

/s/ B. H. Boucek
(Signature of ***Petitioner***)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____G. Todd Carter_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the ***Petitioner*** fail to respond to any Court order for appearance or otherwise. This __11__ day of __June__, __2024__.

| | | |
|---|---|---|
| 113601 | /s/ G. Todd Carter | |
| Georgia Bar Number | Signature of Local Counsel | |
| 912/264.6544 | Brown, Readdick, Bumgartner, Carter, Strickland | (Law Firm) |
| Business Telephone | 5 Glynn Avenue | (Business Address) |
| | Brunswick, GA 31521-0220 | (City, State, Zip) |
| | P.O. Box 220, | (Mailing Address) |
| | tcarter@brbcsw.com | (Email Address) |

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

I, WENDY R. OLIVER, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY that **Braden H. Boucek** was duly admitted to practice in said Court on September 10, 2002 and is in good standing as a member of the bar of said Court. There is no disciplinary committee at the Western District of Tennessee therefore, the attorney has no disciplinary history with the court. Further, I am unaware of any disciplinary matters involving this attorney in this jurisdiction or elsewhere.

Dated at Memphis, Tennessee

June 10, 2024.

WENDY R. OLIVER
Clerk of Court



s/ Malinda Futrell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| State of KANSAS,<br>State of GEORGIA,<br>State of SOUTH CAROLINA,<br>State of Arkansas,<br>State of Florida,<br>State of Idaho,<br>State of Indiana,<br>State of Iowa,<br>State of Louisiana,<br>State of Missouri,<br>State of Montana,<br>State of Nebraska,<br>State of North Dakota,<br>State of Oklahoma,<br>State of Tennessee,<br>State of Texas,<br>State of Virginia,<br>MILES BERRY FARM, and<br>GEORGIA FRUIT AND VEGETABLE GROWERS ASSOCIATION,<br>               Plaintiffs,<br><br>v.<br><br>The United States Department of Labor,<br><br>JOSÉ JAVIER RODRÍGUEZ, Assistant Secretary for Employment & Training, U.S. Department of Labor, *in his official capacity,* and<br><br>JESSICA LOOMAN, Administrator, Wage & Hour Division, U.S. Department of Labor, *in her official capacity,*<br><br>               Defendants. | Civil Action No. 2:24-cv-00076-LGW-BWC |

## LIST OF APPEARANCES IN SOUTHERN DISTRICT OF GEORGIA

I, Braden H. Boucek, state that I have never appeared in a case filed in the United States District Court for the Southern District of Georgia.

Dated: June 11, 2024

Respectfully submitted,

/s/ Braden H. Boucek
Braden H. Boucek
  Tenn. BPR No. 021399
  Ga. Bar No. 396831
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Tel.: (770) 977-2131
bboucek@southeasternlegal.org