# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| State of Kansas,<br>State of Georgia,<br>State of South Carolina,<br>State of Arkansas,<br>State of Florida,<br>State of Idaho,<br>State of Indiana,<br>State of Iowa,<br>State of Louisiana,<br>State of Missouri,<br>State of Montana,<br>State of Nebraska<br>State of North Dakota,<br>State of Oklahoma,<br>State of Tennessee,<br>State of Texas,<br>State of Virginia,<br>Miles Berry Farm, and<br>Georgia Fruit and Vegetable Growers Association,<br>　　　　　Plaintiffs,<br><br>v.<br><br>The United States Department of Labor,<br><br>JOSÉ JAVIER RODRÍGUEZ, Assistant Secretary for Employment & Training, U.S. Department of Labor, *in his official capacity*, and<br><br>JESSICA LOOMAN, Administrator, Wage & Hour Division, U.S. Department of Labor, *in her official capacity*,<br>　　　　　Defendants. | Civil Action No. 2:24:CV-00076 |

## NOTICE OF APPEARANCE

COMES NOW, G. Todd Carter, and enters an appearance in the above-styled case on behalf of the Plaintiffs. Service of further notices, motions and papers in this matter should be made to the undersigned at the address listed below.

This the 12th day of June, 2024.

/s/ G. Todd Carter
G. Todd Carter, Esq.
Georgia Bar No: 113601
Special Assistant Attorney General
BROWN, READDICK, BUMGARTNER,
CARTER, SRTICKLAND & WATKINS, LLP
5 Glynn Avenue
P.O. Box 220
Brunswick, GA 31521-0220
Tel: 912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| State of Kansas,<br>State of Georgia,<br>State of South Carolina,<br>State of Arkansas,<br>State of Florida,<br>State of Idaho,<br>State of Indiana,<br>State of Iowa,<br>State of Louisiana,<br>State of Missouri,<br>State of Montana,<br>State of Nebraska<br>State of North Dakota,<br>State of Oklahoma,<br>State of Tennessee,<br>State of Texas,<br>State of Virginia,<br>Miles Berry Farm, and<br>Georgia Fruit and Vegetable Growers Association,<br>                    Plaintiffs,<br><br>v.<br><br>The United States Department of Labor,<br><br>JOSÉ JAVIER RODRÍGUEZ, Assistant Secretary for Employment & Training, U.S. Department of Labor, *in his official capacity*, and<br><br>JESSICA LOOMAN, Administrator, Wage & Hour Division, U.S. Department of Labor, *in her official capacity*,<br><br>                    Defendants. | Civil Action No. 2:24:CV-00076 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this the 12th day of June, 2024.

/s/ G. Todd Carter
G. Todd Carter, Esq.
Georgia Bar No: 113601
Special Assistant Attorney General
BROWN, READDICK, BUMGARTNER,
CARTER, SRTICKLAND & WATKINS, LLP
5 Glynn Avenue
P.O. Box 220
Brunswick, GA 31521-0220
Tel: 912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com