## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| State of KANSAS,<br>State of GEORGIA,<br>State of SOUTH CAROLINA,<br>State of ARKANSAS,<br>State of FLORIDA,<br>State of IDAHO,<br>State of INDIANA,<br>State of IOWA,<br>State of LOUISIANA,<br>State of MISSOURI,<br>State of MONTANA,<br>State of NEBRASKA,<br>State of NORTH DAKOTA,<br>State of OKLAHOMA,<br>State of TENNESSEE,<br>State of TEXAS,<br>State of VIRGINIA,<br>MILES BERRY FARM, and<br>GEORGIA FRUIT AND VEGETABLE GROWERS ASSOCIATION,<br>                    Plaintiffs,<br><br>v.<br><br>The United States Department of Labor,<br><br>JOSÉ JAVIER RODRÍGUEZ, Assistant Secretary for Employment & Training, U.S. Department of Labor, *in his official capacity,* and<br><br>JESSICA LOOMAN, Administrator, Wage & Hour Division, U.S. Department of Labor, *in her official capacity*,<br><br>                    Defendants. | Civil Action No. 2:24-cv-76 |

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

COME NOW Plaintiffs in the above-styled action, and hereby move this Court for an order allowing them to exceed the twenty-six-page limit imposed by Local Rule 7.1(a) with regard to filing their Memorandum for Preliminary Injunction.

Pursuant to Local Rule 7.1(a), "[a]bsent prior written permission of the Court, no brief shall exceed twenty-six (26) pages in length, inclusive of the certificate of service required by LR 5.1." The Plaintiffs, above, hereby move the Court to extend the page limit to allow them fourteen (14) additional pages, for a total of forty (40) pages, to brief their Memorandum in Support of Preliminary Injunction.

Plaintiffs have asserted four claims alleging that Defendants promulgated a 172-page administrative rule that is contrary to statute, in excess of statutory authority, and arbitrary and capricious, and which additionally violates the separation of powers by answering major questions of vast political and economic significance without clear authorization from Congress. Plaintiffs will submit a motion for Preliminary Injunction, and intend to attach a brief in support of that motion.

Due to the length and complexity of both the challenged rule and the nature of Plaintiffs' claims, and to allow Plaintiffs sufficient space to address, completely and concisely, their several claims, Plaintiffs respectfully request that the Court allow them to file a Memorandum in Support of Preliminary Injunction not exceeding forty (40) pages in length.

Respectfully submitted, this 12th day of June, 2024.

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**


*/s/ G. Todd Carter*
G. Todd Carter, Esq.
   Georgia Bar No: 113601
Special Assistant Attorney General
OFFICE OF THE GEORGIA ATTORNEY
GENERAL
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
Tel:  912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com

**CERTIFICATE OF SERVICE**

This is to certify that the Defendants will be served a copy of this motion via certified

mail as no attorney for defendants has entered an appearance in this case.


Respectfully submitted this  12th day of June, 2024


/s/ G. Todd Carter
G. Todd Carter, Esq.
Georgia Bar No: 113601
Special Assistant Attorney General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL