IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| State of KANSAS,<br>State of GEORGIA,<br>State of SOUTH CAROLINA,<br>State of ARKANSAS,<br>State of FLORIDA,<br>State of IDAHO,<br>State of INDIANA,<br>State of IOWA,<br>State of LOUSIANA,<br>State of MISSOURI,<br>State of MONTANA,<br>State of NEBRASKA,<br>State of NORTH DAKOTA,<br>State of OKLAHOMA,<br>State of TENNESSEE,<br>State of TEXAS,<br>State of VIRGINIA,<br>MILES BERRY FARM, and<br>GEORGIA FRUIT AND VEGETABLE GROWERS ASSOCIATION,<br>            Plaintiffs,<br><br>v.<br><br>The UNITED STATES DEPARTMENT OF LABOR,<br><br>JOSÉ JAVIER RODRÍGUEZ, Assistant Secretary for Employment & Training, U.S. Department of Labor, *in his official capacity*, and<br><br>JESSICA LOOMAN, Administrator, Wage & Hour Division, U.S. Department of Labor, *in her official capacity*,<br>            Defendants. | Civil Action No. 2:24-cv-76-LGW-BWC |

## PLAINTIFFS' MOTION FOR STAY/PRELIINARY INJUNCTION/TEMPORARY RESTRAINING ORDER

COMES NOW, the Plaintiffs in the above-styled action, and files combined motion for a stay/preliminary injunction/temporary restraining order of the Department of Labor Rule entitled, "*Improving Protections for Workers in Temporary Agricultural Employment in the United States*", 89 Fed. Reg. 33,898 (Apr. 29, 2024). This Motion is based upon the reasons set forth in the Brief filed contemporaneously herewith. In support thereof, plaintiffs submit the following:

1) Plaintiffs' Memorandum in Support of Motion for Stay/Preliminary Injunction/Temporary Restraining Order;
2) Declaration of Allen Miles
3) Declaration of Chris Butts
4) Declaration of Dick Minor
5) Declaration of Bill Brim
6) Declaration of Joseph Thompson
7) Declaration of Darrell E. Bassett
8) Declaration of Carrie Roth
9) Declaration of Diana Goldwire
10) Declaration of Phillip N. Davis
11) Declaration of Isabelle Potts
12) Declaration of Mary York
13) Declaration of Cody Waits
14) Declaration of Danilo Cabrera

Respectfully submitted this 13th day of June, 2024.

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli
*Deputy Attorney General*
James R. Rodriguez
*Assistant Attorney General*
KANSAS OFFICE OF THE
 ATTORNEY GENERAL
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Email: abhishek.kambli@ag.ks.gov
jay.rodriguez@ag.ks.gov

*Pro hac vice pending


**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

Stephen J. Petrany *
*Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Pro hac vice pending
*/s/ G. Todd Carter*
G. Todd Carter, Esq.
    Georgia Bar No: 113601
Special Assistant Attorney General
OFFICE OF THE GEORGIA ATTORNEY
GENERAL
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
Tel:  912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com

3

**ALAN WILSON**
**Attorney General of South Carolina**

*/s/ Joseph D. Spate*
Joseph D. Spate*
Assistant Deputy Solicitor General
Office of the Attorney General of South Carolina
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*/s/ Thomas T. Hydrick*
Thomas T. Hydrick*
Assistant Deputy Solicitor General
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211
803-734-4127

*Pro hac vice forthcoming

**TIM GRIFFIN**
**Arkansas Attorney General**

*/s/Michael Cantrell*
Michael Cantrell*
 *Assistant Solicitor General*
Nicholas J. Bronni
  *Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201
Telephone: (501) 682-2401
michael.cantrell@arkansasag.gov
*Counsel for Petitioner State of Arkansas*

*Pro hac vice forthcoming


**ASHLEY MOODY**
**Attorney General of Florida**

*/s/ Christine Pratt*

4

Christine Pratt (FBN 100351)*
COUNSELOR TO THE ATTORNEY GENERAL
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
(850) 410-2672 (fax)
christine.pratt@myfloridalegal.com

*Pro hac vice forthcoming


**RAÚL R. LABRADOR**
**Attorney General of Idaho**

*/s/ Joshua Turner*
Joshua Turner, *
*Chief of Constitutional Litigation & Policy*
700 W. Jefferson St., Suite 210,
PO Box 83720,
Boise, Idaho 83720
(208) 334-2400
josh.turner@ag.idaho.gov
*Counsel for Plaintiff State of Idaho*

*Pro hac vice forthcoming

**THEODORE E. ROKITA**
**Attorney General of Indiana**

*/s/ James A. Barta*
JAMES A. BARTA*
*Solicitor General*
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
Phone: (317) 232-0709
Email: james.barta@atg.in.gov
*Counsel for the State of Indiana*

*Pro hac vice pending

**BRENNA BIRD**
**Attorney General of IOWA**

5

/s/ Eric H. Wessan
Eric H. Wessan, *pro hac vice*
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
eric.wessan@ag.iowa.gov
*Counsel for Plaintiff State of Iowa*

\*Pro hac vice forthcoming

**LIZ MURRILL**
**Attorney General of Louisiana**

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga*
  *Solicitor General*
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
aguinaga@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

\*Pro hac vice forthcoming


**ANDREW BAILEY**
**Attorney General of Missouri**

/s/ *Reed C. Dempsey*
Reed C. Dempsey #1697941DC*
   *Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
reed.dempsey@ago.mo.gov

\*Pro hac vice forthcoming

**AUSTIN KNUDSEN**
**Attorney General of Montana**

/s/ Christian B. Corrigan
Christian B. Corrigan*
   *Solicitor General*
Peter M. Torstensen, Jr.
 *Deputy Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov
*Counsel for Plaintiff State of Montana*

*Pro hac vice forthcoming

**MICHAEL T. HILGERS**
**Attorney General of NEBRASKA**

*/s/ Lincoln J. Korell*
Lincoln J. Korell*
   *Assistant Solicitor General*
ATTORNEY GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
Zachary.pohlman@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

* Pro hac vice pending

**DREW H. WRIGLEY**
**North Dakota Attorney General**

*/s/ Philip Axt*
PHILIP AXT*
*Solicitor General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov
*Counsel for the State of North Dakota*

7

*Pro hac vice pending

**GENTNER DRUMMOND**
**Attorney General of Oklahoma**

/s/ *Garry M. Gaskins*
Garry M. Gaskins, II, OBA # 20212*
Solicitor General
Zach West, OBA # 30768*
Director of Special Litigation
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

*Pro hac vice forthcoming

8

JONATHAN SKRMETTI
**Attorney General and Reporter of Tennessee**
*/s/ J. Matthew Rice*
J. Matthew Rice*
  *Solicitor General*
Whitney Hermandorfer*
  *Director of Strategic Litigation*
Office of the Attorney General and Reporter of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 741-7403
Email: Matt.Rice@ag.tn.gov
Whitney.Hermandorfer@ag.tn.gov
*Counsel for State of Tennessee*

*Pro hac vice pending


KEN PAXTON
Attorney General of the State of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy Attorney General for Legal Strategy
RYAN D. WALTERS
Chief, Special Litigation Division

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER*
*Special Counsel*
Tex. State Bar No. 24118415
GARRETT GREENE*
*Special Counsel*
Tex. State Bar No. 24096217
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Kathleen.Hunker@oag.texas.gov
Garrett.Greene@oag.texas.gov

*Pro hac vice forthcoming

9

**JASON S. MIYARES**
**Attorney General of Virginia**

*/s/ Kevin M. Gallagher*
Kevin M. Gallagher*
*Principal Deputy Solicitor General*
Brendan T. Chestnut*
*Deputy Solicitor General*
Virginia Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-2071
Fax: (804) 786-1991
Email: kgallagher@oag.state.va.us
Email: bchestnut@oag.state.va.us
*Counsel for Plaintiff Commonwealth of Virginia*

*Pro hac vice forthcoming

*/s/ Braden H. Boucek*
Braden H. Boucek
  Tenn. BPR No. 021399
  Ga. Bar No. 396831
*/s/ Jordan Miller*
Jordan Miller*
   Michigan Bar. No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Tel.: (770) 977-2131
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org

*Pro hac vice pending

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the foregoing pleading by filing it with the Court's electronic filing system.  The Defendants will be served a copy via process server.

/s/ G. Todd Carter
G. Todd Carter, Esq.
Georgia Bar No: 113601
Special Assistant Attorney General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
Tel:  912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com