UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-76-LGW-BWC |

### JOINT MOTION TO VACATE HEARING AND SET PRELIMINARY INJUNCTION BRIEFING SCHEDULE

The parties jointly move to vacate the hearing currently scheduled for June 20, 2024, and to enter the parties' proposed briefing schedule for Plaintiffs' pending preliminary injunction motion. Good cause supports this motion, as follows:

1. This matter was filed on June 10, 2024. ECF No. 1. On June 13, 2024, Plaintiffs moved for a preliminary injunction/stay/temporary restraining order (herein Plaintiffs' Motion). ECF No. 19. In support of Plaintiffs' Motion, Plaintiffs submitted a 30-page brief, as well as 13 declarations totaling 63 pages.

2. The Court set a hearing for June 20, 2024. June 14, 2024 Minute Order.

3. Plaintiffs challenge aspects of the final rule, Improving Protections for Workers in Temporary Agricultural Employment in the United States, 89 Fed. Reg. 33,898 (Apr. 29, 2024) ("Final Rule"). Specifically, Plaintiffs challenge the Final Rule's revisions to regulations appearing at 29 CFR § 501.4(a) and 20 CFR § 655.135(h). The Final Rule has a June 28, 2024 effective date.

4. The Final Rule, however, states that the challenged provisions found at 20 C.F.R. § 655.135(h) will not apply to clearance orders and associated H-2A applications before August 29, 2024. *See* Final Rule, 89 Fed. Reg. at 33,904. Earlier today, the U.S. Department of Labor ("DOL") posted on its public website a notice stating that "to better align the implementation of the [Final]

Rule's revisions to 29 CFR 501.4(a) with parallel revisions in 20 CFR 655.135(h)," the Final Rule's revisions to 29 C.F.R. § 501.4(a) will not be enforced until August 29, 2024.  Wage and Hour Division, *Final Rule, Improving Protections for Workers in Temporary Agricultural Employment in the United States*, https://www.dol.gov/agencies/whd/agriculture/h2a/final-rule.  Specifically, DOL explained that "through August 28, 2024, it will continue to enforce the requirements of 29 CFR 501.4(a) in effect as of June 27, 2024" and that it "will begin to enforce the requirements of 29 CFR 501.4(a) as revised by the [Final Rule] only with respect to conduct or actions occurring on or after August 29, 2024." *Id.*

5.  As a result of the DOL notice described in ¶ 4, Plaintiffs agree that an immediate hearing on Plaintiffs' Motion is not necessary.  Accordingly, the parties agree that the June 20, 2024 hearing should be vacated and respectfully submit that the Court should consider Plaintiffs' Motion after briefing according to the schedule and page limits proposed by the parties, as follows:

> Defendants' opposition to Plaintiffs' preliminary injunction motion, maximum of 45 pages (inclusive of tables) — due July 8, 2024

> Plaintiffs' reply in support of Plaintiffs' preliminary injunction motion, maximum of 30 pages (inclusive of tables) — due July 22, 2024

The parties further respectfully request that the Court schedule a hearing on Plaintiffs' preliminary injunction motion at the Court's convenience.  The parties are available for a hearing during the weeks of July 22 and 29, 2024. However, the Plaintiffs prefer the hearing take place between July 23-25.

6.  A proposed order accompanies this motion.

DATE: June 17, 2024                                  Respectfully submitted,

JILL E. STEINBERG
United States Attorney

/s/ *Bradford C. Patrick*
BRADFORD C. PATRICK
Assistant United States Attorney
South Carolina Bar No. 102092
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
bradford.patrick@usdoj.gob


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
MICHAEL J. GAFFNEY
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0693
E-mail:         michael.p.clendenen@usdoj.gov

*Counsel for Defendants*


**KRIS W. KOBACH**
**Attorney General of Kansas**
/s/ *Abhishek S. Kambli*
Abhishek S. Kambli
*Deputy Attorney General*
James R. Rodriguez
*Assistant Attorney General*
KANSAS OFFICE OF THE
 ATTORNEY GENERAL
Topeka, Kansas 66612-1597
Phone: (785) 296-7109

Email: abhishek.kambli@ag.ks.gov
jay.rodriguez@ag.ks.gov
*Pro hac vice pending


**CHRISTOPHER M. CARR**
**Attorney General of Georgia**
Stephen J. Petrany *
*Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Pro hac vice pending

/s/ G. Todd Carter
G. Todd Carter, Esq.
    Georgia Bar No: 113601
Special Assistant Attorney General
OFFICE OF THE GEORGIA ATTORNEY GENERAL
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
Tel: 912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com

**ALAN WILSON**
**Attorney General of South Carolina**
/s/ Joseph D. Spate
Joseph D. Spate*
Assistant Deputy Solicitor General
Office of the Attorney General of South Carolina
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

/s/ Thomas T. Hydrick
Thomas T. Hydrick*
Assistant Deputy Solicitor General
Office of the Attorney General
P.O. Box 11549

Columbia, SC 29211
803-734-4127
*Pro hac vice forthcoming

/s/ *Braden H. Boucek*
Braden H. Boucek
  Tenn. BPR No. 021399
  Ga. Bar No. 396831
/s/ *Jordan Miller*
Jordan Miller*
  Michigan Bar. No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Tel.: (770) 977-2131
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org
*Pro hac vice pending

*Counsel for Plaintiffs*