UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | Civil Action No. 2:24-cv-76-LGW-BWC |

### **ORDER**

Having considered the parties' Joint Motion to Vacate Hearing and Set Preliminary Injunction Briefing Schedule, IT IS HEREBY ORDERED that the June 20, 2024 hearing is VACATED.

The parties are further ORDERED to comply with the following briefing schedule:

Defendants' opposition to Plaintiffs' preliminary injunction motion, maximum 45 pages, is due July 8, 2024

Plaintiffs' reply in support of Plaintiffs' preliminary injunction motion, maximum 30 pages, is due July 22, 2024

A hearing on Plaintiffs' preliminary injunction motion will be held on Friday, August 2, 2024, at 10 a.m. at the federal courthouse in Brunswick, Georgia.

**SO ORDERED** this 18th day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
United States District Court
Southern District of Georgia