# United States District Court
## *Southern District of Georgia*

**State of Kansa, et al.,**
    Plaintiffs

v.

**The U.S. Dept. of Labor, et al.,**
    Defendants

Case No.  **24-cv-LGW-BWC**

Appearing on behalf of

State   of   Oklahoma
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 2024.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
\*\*\*\*\*

NAME OF PETITIONER: _Garry M. Gaskins, II_____

Business Address: __Office of Oklahoma Attorney General_____
                                        Firm/Business Name
<u>313 NE 2st Street</u>
                                        Street Address

_____  _Oklahoma City_  __OK__  _73105___
Street Address (con't)    City       State     Zip

_____
Mailing Address (if other than street address)

_____  _____  _____
Address Line 2       City       State     Zip

__(405) 521-3921_____  _____
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: __Garry.Gaskins@oag.ok.gov_____

# United States District Court
## Southern District of Georgia

State of Kansas, et al.,
    Plaintiffs,

v.

The U.S. Dept. of Labor, et al.,
    Defendants.

Case No. **24-cv-76-LGW-BWC**

Appearing on behalf of : _State of Oklahoma_

___Plaintiff___
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Garry M. Gaskins, II, hereby requests permission to appear pro hac vice in the subject case filed in the _Brunswick_ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _Oklahoma Supreme Court_ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __G. Todd Carter_ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This _21st_ day of June, 2024.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Todd Carter_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __21st__ day of __June__, __2024__.

| | |
|---|---|
| __113601__ | s/Todd Carter |
| Georgia Bar Number | Signature of Local Counsel |
| __912.264.8544__ | Brown, Readdick, Bumgartner, Carter, Strickland & Watkins (Law Firm) |
| Business Telephone | 5 Glynn Ave., P. O. Box 220 (Business Address) |
| | Brunswick, GA 31520 (City, State, Zip) |
| | 5 Glynn Ave., P. O. Box 220 (Mailing Address) |
| | tcarter@brbcsw.com (Email Address) |

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Garry M. Gaskins, II, of Oklahoma City, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on September 28, 2004, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 11th day of June, 2024.

JOHN D. HADDEN, CLERK
SUPREME COURT OF OKLAHOMA

S-E-A-L

By: _____

**Previous Cases Where Appeared in the District Court for the Southern District of Georgia**

None