# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            )
                                    ) ss.
WESTERN DISTRICT OF OKLAHOMA        )

I, *Joan Kane,* Clerk of the United States District Court for the Western District of Oklahoma,

**DO HEREBY CERTIFY That** Garry M. Gaskins , Federal Bar # 09-19 , was duly admitted to practice in said Court on September 3, 2009 , and is in good standing as a member of the bar of the Court.

*JOAN KANE, Clerk*

**Dated at Oklahoma City, Oklahoma**

on June 25, 2024                **By:** Kathleen Thompson
                                      **Deputy Clerk**

**Certified Copy**



11:39 am, Jun 25, 2024
**Joan Kane, Clerk**

dl/ Rev 04/22/2014