IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF KANSAS, et al.., | ) |
| Plaintiffs, | ) Civil Action No. 2:24-cv-76-LGW-BWC |
| v. | ) |
| THE UNITED STATES DEPARTMENT OF LABOR, et al. | ) |
| Defendants. | ) |

**MOTION TO INTERVENE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure Rule 24, Movants CENTRO DE LOS DERECHOS DEL MIGRANTE (CDM), CANDELARIO RODRIGUEZ SERRANO, and JORGE SÁNCHEZ REYES by and through their undersigned counsel, move this Court for an Order permitting them to intervene as Defendants in this above-captioned lawsuit. This Motion is based upon the reasons set forth in the accompanying memorandum of law, and the supporting declarations of CDM Executive Director Rachel Micah Jones, Mr. Rodriguez, and Mr. Sánchez. In addition, copies of Movants' proposed answer and proposed memorandum of law in opposition to the pending motion for a preliminary injunction are attached as exhibits.

Movants' counsel has conferred with the parties. Plaintiffs' counsel advised that "Plaintiffs oppose the motion to intervene but would not oppose the proposed intervenors submitting an amicus brief for the court's consideration." Defendants' counsel advised that Defendants "take no

position on the motion to intervene at this time, but [] reserve the right to file a response, including a response in opposition."

Respectfully submitted this 5th day of July 2024.

|  |  |
|---|---|
| Adam R. Pulver<br>DC Bar No. 1020475<br>(*pro hac vice* motion forthcoming)<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009<br>(202) 588-1000<br>apulver@citizen.org | s/ Daniel Werner<br>Daniel Werner<br>Ga. Bar No. 422070<br>Radford Scott LLP<br>315 W. Ponce de Leon Ave., Suite 180<br>Decatur, GA 30030<br>(678) 271-0304<br>dwerner@radfordscott.com |

*Counsel for Proposed Intervenor-Defendants*