# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV224-76**  DATE **08/02/2024**

TITLE  **State of Kansas et al v. The United States Department of Labor et al**

TIMES **10:06 - 11:46**  TOTAL **1 hour 40 minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy: **Whitney Sharp**

Court Reporter: **Debra Gilbert**  Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Todd Carter | Woelke Leithart | |
| Abhishek Kambli | Michael Gaffney | |
| James Rodriguez | Michael Clendenen | |

PROCEEDINGS: **Motion Hearing**    ☑ In Court    ☐ In Chambers

**Case called and all parties present.**
**Plaintiff 10:12 - 10:58 / Defendant 10:58 - 11:45**
**Record is held open for 10 days any followup briefing.**