UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-76-LGW-BWC |

**ORDER**

Having considered Defendants' Unopposed Motion to Stay Deadline to Respond to Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED, and ORDERED that Defendants' deadline to file an answer or otherwise respond to the Complaint is stayed until thirty (30) days after the Court issues a ruling on Plaintiffs' Motion for Stay/Preliminary Injunction/Temporary Restraining Order (ECF No. 19).

SO ORDERED.

DATE: August 9, 2024

HON. LISA GODBEY WOOD, JUDGE
United States District Court
Southern District of Georgia