UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

STATE OF KANSAS, *et al.*

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF LABOR, *et al.*,

      Defendants.

Civil Action No. 2:24-cv-76-LGW-BWC

## ORDER

Having considered the parties' Joint Motion to Set Briefing Schedule, IT IS HEREBY ORDERED that Defendants' September 25, 2024 deadline to respond to Plaintiffs' Complaint is VACATED.

The parties are further ORDERED to comply with the following briefing schedule:

- Plaintiffs' motion for summary judgment and supporting memorandum of law due October 2, 2024, maximum of 45 pages (inclusive of tables)

- Defendants' consolidated cross-motion for summary judgment and supporting memorandum of law and response in opposition to Plaintiffs' motion for summary judgment due October 23, 2024, maximum of 45 pages (inclusive of tables)

- Plaintiffs' consolidated reply in support of motion for summary judgment and response in opposition to Defendants' cross-motion for motion for summary judgment due November 6, 2024, maximum of 30 pages (inclusive of tables)

- Defendants' reply in support of cross-motion for summary judgment due November 20, 2024, maximum of 30 pages (inclusive of tables)

SO ORDERED.

DATE: _September 26, 2024_

_____
HON. LISA GODBEY WOOD, JUDGE
United States District Court
Southern District of Georgia