**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

STATE OF KANSAS, *et al.*

      Plaintiffs,

     v.

UNITED STATES DEPARTMENT OF
LABOR, *et al.*,

      Defendants.

Civil Action No. 2:24-cv-76-LGW-BWC

## JOINT STATUS REPORT

The parties jointly submit this status report to the Court pursuant to the Order of December 3, 2025, ECF No. 154. Defendants report as follows:

1.     On June 20, 2025, the Department of Labor ("DOL") issued a press release and Field Assistance Bulletin in which it announced the Wage and Hour Division's suspension of all enforcement activities under the 2024 Final Rule challenged here. *See U.S. Department of Labor Issues New Guidance to Provide Clarity for Farmers on H-2A Worker Regulations*, Press Release, U.S. DEP'T LABOR (Jun. 20, 2025) https://www.dol.gov/newsroom/releases/whd/whd20250620 (last accessed July 2, 2025); Field Assistance Bulletin No. 2025-2, U.S. DEP'T LABOR (Jun. 20, 2025) https://www.dol.gov/sites/dolgov/files/WHD/fab/fab2025-2.pdf (last accessed July 7, 2025).

2.     On July 2, 2025, DOL published a Notice of Proposed Rulemaking ("NPRM") entitled *Recission of Final Rule: Improving Protections for Workers in Temporary Agricultural Employment in the United States*. 90 Fed. Reg. 28,919, available at https://www.govinfo.gov/content/pkg/FR-2025-07-02/pdf/2025-12315.pdf (last accessed July 2, 2025).

3.      The public comment period for the ongoing rulemaking closed on September 2, 2025. DOL received 86 comments.

4.      DOL formally announced its regulatory agenda on September 4, 2025, which includes the        H-2A        rulemaking        and        can        be        viewed        at https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=1205-AC25.

5.      DOL's review of the received comments and consideration of a final rule were paused during the lapse in appropriations spanning October 1 to November 12, 2025. DOL reports that it has now resumed these processes.

Plaintiffs respectfully state that they have no new information to provide the Court regarding the rescission of the Final Rule.  In light of the ongoing DOL rulemaking, the parties agree that it is appropriate to continue the stay. *See* ECF 148. The parties propose to notify the Court within fourteen days of any related final agency action.

Dated: December 17, 2025

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ O. Woelke Leithart*
Idaho Bar No. 9257
Assistant United States Attorney
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
E-mail: Woelke.Leithart@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

KRIS W. KOBACH
Attorney General of Kansas

*/s/ James Rodriguez*
James R. Rodriguez, Kan. SC No. 29172
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612-1597
Phone: (785) 368-8197
Email: jay.rodriguez@ag.ks.gov
*Counsel for the State of Kansas*

CHRISTOPHER M. CARR
Attorney General of Georgia

Stephen J. Petrany
*Solicitor General*
Office of the Georgia Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
Phone: (404) 458-3408
Email: spetrany@law.ga.gov

*/s/ G. Todd Carter*
G. Todd Carter, Esq.
    Georgia Bar No: 113601
Special Assistant Attorney General
Office of the Georgia Attorney General
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
Phone:  912-264-8544
Fax: 912-264-9667
Email: tcarter@brbcsw.com
*Counsel for the State of Georgia*

ALAN WILSON
Attorney General of South Carolina

*/s/ Thomas T. Hydrick*
Thomas T. Hydrick
Solicitor General
Office of the Attorney General of
South Carolina
P.O. Box 11549
Columbia, SC 29211
Phone: 803-734-4127

*/s/ Joseph D. Spate*
Joseph D. Spate
Deputy Solicitor General
Office of the Attorney General of
South Carolina
1000 Assembly Street
Columbia, SC 29201
Phone: (803) 734-3371
Email: josephspate@scag.gov

*Counsel for the State of South Carolina*

TIM GRIFFIN
Arkansas Attorney General

/s/ Autumn Hamit Patterson
Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201
Phone: (501) 682-3661
Email: autumn.patterson@arkansasag.gov
Counsel for the State of Arkansas


RAÚL R. LABRADOR
Attorney General of Idaho

/s/ Alan Hurst
Alan Hurst, pro hac vice
Solicitor General
700 W. Jefferson St., Suite 210,
PO Box 83720,
Boise, Idaho 83720
Phone: (208) 947-8773
Email: Alan.Hurst@ag.idaho.gov
Counsel for the State of Idaho


BRENNA BIRD
Attorney General of Iowa

/s/ Eric H. Wessan
Eric H. Wessan, pro hac vice
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Phone: (515) 823-9117
Email: eric.wessan@ag.iowa.gov
Counsel for the State of Iowa


JAMES UTHMEIER
Attorney General of Florida

/s/ Christine Pratt
Christine Pratt (FBN 100351)
COUNSELOR TO THE ATTORNEY GENERAL
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
Phone: (850) 414-3300
Fax: (850) 410-2672
Email: christine.pratt@myfloridalegal.com
Counsel for the State of Florida


THEODORE E. ROKITA
Attorney General of Indiana

/s/ James A. Barta
James A. Barta
Solicitor General
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
Phone: (317) 232-0709
Email: james.barta@atg.in.gov
Counsel for the State of Indiana


LIZ MURRILL
Attorney General of Louisiana

/s/ Zachary Faircloth
Zachary Faircloth (La #39875)
Principal Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street
Baton Rouge, Louisiana 70804
Phone: (225) 326-6766
Email: fairclothz@ag.louisiana.gov
Counsel for the State of Louisiana

CATHERINE HANAWAY
Attorney General of Missouri

/s/ Reed C. Dempsey
Reed C. Dempsey #1697941DC
*Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Phone: (573) 751-1800
Fax: (573) 751-0774
Email: reed.dempsey@ago.mo.gov
*Counsel for the State of Missouri*

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Lincoln J. Korell
Lincoln J. Korell
*Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
Phone: (402) 471-2682
Email: Lincoln.Korell@nebraska.gov
*Counsel for the State of Nebraska*

GENTNER DRUMMOND
Attorney General of Oklahoma

/s/ Garry M. Gaskins
Garry M. Gaskins, II, OBA # 20212
Solicitor General
Zach West, OBA # 30768
Director of Special Litigation
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 521-3921
Email: Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
*Counsel for the State of Oklahoma*

AUSTIN KNUDSEN
Attorney General of Montana

/s/ Christian B. Corrigan
Christian B. Corrigan
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
Phone: (406) 444-2026
Email: christian.corrigan@mt.gov
*Counsel for the State of Montana*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ Philip Axt
PHILIP AXT
*Solicitor General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov
*Counsel for the State of North Dakota*

JONATHAN SKRMETTI
Attorney General and Reporter of Tennessee

/s/ J. Matthew Rice
J. Matthew Rice
*Solicitor General*
Office of the Attorney General and Reporter of
Tennessee
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 741-7403
Email: Matt.Rice@ag.tn.gov
*Counsel for the State of Tennessee*

KEN PAXTON
Attorney General of the State of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy Attorney General for Legal Strategy
RYAN D. WALTERS
Chief, Special Litigation Division

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER
*Special Counsel*
Tex. State Bar No. 24118415

GARRETT GREENE
*Special Counsel*
Tex. State Bar No. 24096217
OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 463-2100
Email: Kathleen.Hunker@oag.texas.gov
Garrett.Greene@oag.texas.gov
*Counsel for the State of Texas*

JASON S. MIYARES
Attorney General of Virginia

*/s/ Kevin M. Gallagher*
Kevin M. Gallagher
*Principal Deputy Solicitor General*
Brendan T. Chestnut
*Deputy Solicitor General*
Virginia Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-2071
Fax: (804) 786-1991
Email: kgallagher@oag.state.va.us
bchestnut@oag.state.va.us
*Counsel for the Commonwealth of Virginia*

*/s/ Jordan Miller*
Jordan Miller
   Michigan Bar. No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Phone: (770) 977-2131
Email: bboucek@southeasternlegal.org
jmiller@southeasternlegal.org
*Counsel for Miles Berry Farm and the Georgia Fruit
& Vegetable Growers Association*